

FALCON
RAPPAPORT &
BERKMAN LLP

United States Courts
Southern District of Texas
FILED

JUL 12 2023

Nathan Ochsner, Clerk of Court

July 7, 2023

United States Bankruptcy Court
Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

          Re:    *In re: Carlos Segarra and Marcelle Segarra*
                  Chapter 13 Case
                  Case No. 22-33367

Dear Sir or Madam:

      This office represents Amsterdam Capital Solutions ("Creditor"), a creditor in the above-referenced chapter 7 case.

      Creditor's address is mistakenly listed as 135 E 57th Street, Floor 7 #110, New York, New York 10022. Please have the docket updated to reflect the correct address for creditor:

                  Amsterdam Capital Solutions LLC
                  222 W 37th Street, 8th Floor
                  New York, NY 10018

      Thank you.

                                              Very truly yours,

                                              */s/ Michael L. Moskowitz*

                                              MICHAEL L. MOSKOWITZ

MLM/jg